IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JOSUE EMMANUEL MARTINEZ,** § § | |
| Petitioner, § § | |
| v. § | Civil Action No. **3:21-CV-563-L-BH** |
| § | |
| **UNITED STATES OF AMERICA,** § § | |
| Respondent. § | |

## ORDER

On March 29, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 9) ("Report") was entered, recommending that the court construe Motion to Enter an Order of Concession (Doc. 8), filed March 25, 2022, as a motion for entry of default judgment and deny the motion. No objections to the Report were received as of the date of this order.

Having considered the motion, file, Report, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **construes** Petitioner's Motion to Enter an Order of Concession (Doc. 8) as a motion for entry of default judgment and **denies** the motion.

**It is so ordered** this 19th day of April, 2022.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Solo Page**